United States District Court
Southern District of Texas
**ENTERED**
November 17, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAMINA H. | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-2521 |
| | § | |
| FRANK BISIGNANO, Commissioner of the | § | |
| SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Plaintiff's Motion for Summary Judgment (Doc. No. 10), Defendant's Motion for Summary Judgment (Doc. No. 14) and Magistrate Judge Bryan's Memorandum and Recommendation (Doc. No. 15). No objections have been filed and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 15) is **ADOPTED**, Plaintiff's Motion for Summary Judgment (Doc. No. 10) is **DENIED**, Defendant's Motion for Summary Judgment (Doc. No. 14) is **GRANTED**, and the Commissioner's decision is **AFFIRMED**.

SIGNED this 17th day of November 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE